IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:08-00064 |
| | ) | Judge Haynes |
| JESSE WESTON | ) | |

### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Jesse Weston, by and through undersigned counsel, hereby moves this Honorable Court to modify a condition of his supervised release set forth in the judgment imposed on September 30, 2011. In support of this motion, undersigned counsel would show the Court the following:

1. On September 30, 2011, Mr. Weston was sentenced to "time served," to be followed by five years of supervised release. As a condition of supervised release, Mr. Weston is required to reside in a halfway house for a period of one year. (Document 125).

2. Mr. Weston's one-year term in the halfway house began on or about March 15, 2012. Until a halfway house placement became available, he resided in the home of his mother under conditions of home confinement. Since his release, Mr. Weston has remained drug-free and has been working at two jobs.

3. As a condition of supervised release, Mr. Weston is required to enroll in college and acquire a Bachelor's Degree. Mr. Weston recently enrolled in a class offered by the University of Phoenix, located in Nashville, Tennessee. The class requires students to have access to computers because the program is computer-based.

4. As a resident of Dierson Charities, the BOP halfway house, Mr. Weston does not have access to a computer and is therefore unable to work on his college degree. He therefore requests early termination of the requirement that he reside for 12 months in a halfway house, effective