UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00064 |
| | ) | CHIEF JUDGE HAYNES |
| JESSE JENNINGS WESTON | ) | |

## MOTION TO ENTER AGREED ORDER

Pursuant to the proceedings in open court on April 25, 2014, Defendant Jesse Weston moves the Court to enter the agreed order that is attached hereto. At the hearing, Weston admitted to the alleged violations, and the Court ordered that Weston spend at least 28 days in in-patient drug treatment, that he remain in custody until he can begin that treatment, and that his supervised release expiration date remain the same, *viz.*, September 30, 2016. At the hearing, it was anticipated that Weston would be required to get this treatment at the Buffalo Valley center, but the Probation Office has subsequently proposed that he attend the New Leaf center in Cookeville or the Elam center in Nashville. AUSA Brent Hannafan has stated that he is in agreement with that proposal. Weston is likewise in agreement, and he respectfully requests that the Court enter the agreed order that includes that modification.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Jesse Jennings Weston