UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00064 |
| | ) | CHIEF JUDGE HAYNES |
| JESSE JENNINGS WESTON | ) | |

*[Handwritten notation: Order — This motion is granted. Will be — 5-16-14]*

## AGREED MOTION TO ORDER TRANSPORTATION OF DEFENDANT

Defendant Jesse Weston respectfully requests that the Court order that the U.S. Marshal transport him from the Grayson County Detention Center to this courthouse in Nashville on May 23, 2014, so he can be released to begin inpatient drug treatment.

At the revocation hearing on April 25, 2014, this Court ordered that Weston spend at least 28 days in an inpatient program and then be returned to supervision. According to the U.S. Probation Office, Weston has been accepted at an inpatient program in Cookeville and can be admitted on May 23, 2014. Weston presently remains in custody in the Grayson County Detention Center. Undersigned counsel has been advised that, in order for Mr. Weston to get released on May 23 to report to the inpatient facility, it is necessary that the Court order that he be transported on May 23 from Grayson County Detention Center to this courthouse. Accordingly, Weston respectfully requests that the Court order that transport. AUSA Brent Hannafan has stated that he is in agreement with this request.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Jesse Jennings Weston